# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 10, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128715(41)

JOHN R. JACOBS,
   Plaintiff-Appellee,

v

TECHNIDISC, INC., and PRODUCER'S
COLOR SERVICES, INC.,
   Defendants-Appellees,
and

MICHIGAN MUTUAL INSURANCE
COMPANY n/k/a AMERISURE MUTUAL
INSURANCE COMPANY,
   Intervenor-Appellant.

_____

SC: 128715
COA: 258271
Oakland CC:  91-405664-NO

   On order of the Chief Justice, a petition signed by counsel for the parties agreeing to the withdrawal of the motion for reconsideration is considered and the motion for reconsideration is DISMISSED with prejudice and without costs.



   I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2007

             Clerk